**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case No.: 2022-cv-21748

Moon Cargo LLC, a Florida limited liability company,
Jabe DBA Fast Transit LLC, a Florida limited liability company,
Two Way Express USA, a Florida Corporation,
North Start Trucks Corp, a Florida Corporation,
American Solutions Transport Corp, a Florida Corporation,
First Transportation USA, a Florida Corporation,
Way Speed Logistics Corp, a Florida Corporation,
and Way Speed Corp, a Florida Corporation.

Plaintiffs,

v.

Chamber of Commerce of New Ventures Corp., a Florida corporation,
US Trucks & Co Inc., a Florida Corporation,
Corpermits LLC, a Florida limited liability company,
Duty Motors LLC, a Florida limited liability company,
Global Transport Association Inc., a Florida Corporation,
Daniel Pimas, an individual,
and Martha Verge, an individual.

Defendants.
_____/

**AMENDED NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs give amended notice of voluntary dismissal, without prejudice, of Chamber of Commerce of New Ventures Corp., US Trucks & Co Inc., Corpermits LLC, Duty Motors LLC, and Martha Verge.

Plaintiffs will continue to attempt to locate those entities and individuals and will amend the Complaint in this action should they be found.

Dated: September 19, 2022						Respectfully submitted,

                                                    **FASANO LAW FIRM, PLLC**
                                                    2 S. Biscayne Blvd.
                                                    Suite 2530
                                                    Miami, Florida 33131
                                                    Tel: (305) 779-5950

                                                  By:  /s/ *Michael C. Fasano*
                                                        MICHAEL C. FASANO
                                                        Florida Bar No. 98498
                                                        mfasano@fasanolawfirm.com

                                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 19, 2022, I filed this document through the Court's CM/ECF filing system, which served this document on all counsel of record.

                                                /s/*Michael C. Fasano*
                                                Michael C. Fasano