UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-21748-CIV-MARTINEZ-BECERRA**

MOON CARGO LLC, *et al.*,

     Plaintiffs,

v.

DANIEL PIMAS, *et al.*,

     Defendants.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Amended Notice of Voluntary Dismissal Without Prejudice, (ECF No. 18). Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1.     This case is **DISMISSED WITHOUT PREJUDICE** solely as to Defendants Chamber of Commerce of New Ventures Corp., US Trucks & Co Inc., Copermits LLC, Duty Motors LLC, and Martha Verge.

2.     This case remains open and pending as to the remaining defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of September, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record