**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case No.: 2022-cv-21748

Moon Cargo LLC, a Florida limited liability company,
Jabe DBA Fast Transit LLC, a Florida limited liability company,
Two Way Express USA, a Florida Corporation,
North Start Trucks Corp, a Florida Corporation,
American Solutions Transport Corp, a Florida Corporation,
First Transportation USA, a Florida Corporation,
Way Speed Logistics Corp, a Florida Corporation,
and Way Speed Corp, a Florida Corporation.

Plaintiffs,

v.

Daniel Pimas, et al.

Defendants.
_____________________________________________/

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedures, Plaintiffs, Moon Cargo LLC, Jabe DBA Fast Transit LLC, Two Way Express USA, North Start Trucks Corp, American Solutions Transport Corp, First Transportation USA, Way Speed Logistics Corp, and Way Speed Corp (collectively "Plaintiffs"), voluntarily dismiss without prejudice this action, and all claims asserted herein, as to all Defendants. This notice of dismissal is filed before service by any defendant of either an answer or a motion for summary judgment.

Respectfully submitted,

**FASANO LAW FIRM, PLLC**
Attorneys for Plaintiffs
2 South Biscayne Boulevard
Suite 2530
Miami, Florida 33131
Tel: 305-779-5950
E-mail: mfasano@fasanolawfirm.com

By: /s/Michael C. Fasano
MICHAEL C. FASANO
Fla. Bar No. 98498

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of this document was served on all counsel of record on April 3, 2023, through the CM/ECF system.

/s/Michael C. Fasano
Michael C. Fasano