UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-21748-CIV-MARTINEZ**

MOON CARGO LLC *et al.*,

Plaintiffs,

v.

DANIEL PIMAS *et al.*,

Defendant.
_______________________________________/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal, (ECF No. 26). Accordingly, it is:

**ORDERED and ADJUDGED** that this action is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to mark this case as **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of April, 2023

_______________________________
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record